**Curtis Dale RICHARDSON,
Plaintiff—Appellant,**

v.

**Phillip R. THOMPSON, Sheriff of Horry County, in his individual and official capacity; Officers, of J Rueben Long Detention Center as Horry County Sheriff's Deputies in their individual and official capacities, Defendants—Appellees.**

No. 04–7894.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 30, 2005.

Curtis Dale Richardson, Appellant pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson v. Thompson,* No. CA–04–1256–4–27 (D.S.C. Oct. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*